1  SEYFARTH SHAW LLP
   Lawrence E. Butler (State Bar No. 111043)
2  Francis J. Torrence (State Bar No. 154653)
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendants
   THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
6  and METROPOLITAN LIFE INSURANCE COMPANY

7  OLESON LAW CORPORATION
   Raymond C. Oleson (State Bar No. 72151)
8  505 Coyote Street, Suite A'
   Nevada City, CA 95959
9  Telephone: (530) 478-0415
   Facsimile: (530) 478-1001
10
   HALEY & BILHEIMER
11 John Bilheimer (State Bar No. 154580)
   505 Coyote Street, Suite A
12 Nevada City, CA 95959
   Telephone:  (530) 265-6357
13 Facsimile: (530) 478-9485

14 Attorneys for Plaintiff
   MICHELLE LACE MONTGOMERY
15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18 MICHELLE LACE MONTGOMERY,          )   Case No. C-06-0349 CW
                                      )
19           Plaintiff,               )   **STIPULATION OF DISMISSAL WITH**
                                      )   **PREJUDICE, PURSUANT TO**
20      v.                            )   **FED.R.CIV.P. 41(a) AND ORDER**
                                      )
21 THE LINCOLN NATIONAL LIFE          )
   INSURANCE COMPANY, an Indiana      )
22 corporation; METROPOLITAN LIFE     )
   INSURANCE COMPANY, a New York      )
23 corporation,                       )
                                      )
24           Defendants.              )
                                      )
25

26      Plaintiff MICHELLE LACE MONTGOMERY and Defendants THE LINCOLN

27 NATIONAL LIFE INSURANCE COMPANY and METROPOLITAN LIFE INSURANCE

28 COMPANY have reached a resolution in this matter.  The parties agree to dismiss this action in

---

Stipulation of Dismissal With Prejudice - Case No. C-06-0349 CW

1 its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a).  Each party shall bear its own fees and
2 costs.
3 ///
4 ///
5     The parties seek the Court's approval of dismissal of this action with prejudice through the
6 order listed *infra*.

7
8 DATED:  September 27, 2006               HALEY & BILHEIMER
9
                                          By: **/s/ John Bilheimer**
10                                             John Bilheimer

11                                         Attorneys for Plaintiff
                                          MICHELLE LACE MONTGOMERY
12
   DATED: September 27, 2006              SEYFARTH SHAW LLP
13

14
                                          By: **/s/ Francis J. Torrence**
15                                             Francis J. Torrence
                                               Lawrence E. Butler
16                                        Attorneys for Defendants
                                          THE LINCOLN NATIONAL LIFE
17                                        INSURANCE COMPANY and
                                          METROPOLITAN LIFE INSURANCE
18                                        COMPANY

19

20     **IT IS SO ORDERED**.

21
22          9/27/06                                /s/ CLAUDIA WILKEN

23       DATED: _____            _____
                                            The Honorable Claudia Wilken
24                                          United States District Court Judge

25

26

27

28

2
Stipulation of Dismissal With Prejudice - Case No. C-06-0349 CW

SF1 28265712.1 / 19200-000242